IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–12–BU–DLC |
| Plaintiff, | ORDER |
| vs. | |
| SHAWN TROY THUMPER SACCHERI, | |
| Defendant. | |

Before the Court is the United States of America's unopposed motion for final order of forfeiture (Doc. 39). Having reviewed said motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on October 30, 2025, that forfeited the Defendant's interest. (Doc. 37.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 38.)

4. It appears there is cause to issue a final order of forfeiture for the property listed within this order under 18 U.S.C. § 924(d), and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 39) is GRANTED.

2. The following property is finally forfeited to the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Harrington and Richardson 765 Rifle Cal. 22 SN: None
- Winchester 1912 Shotgun Cal: 12 SN: None
- Unknown Revelation 180 Rifle Cal: 22 SN: None
- Remington Arms Company, Inc. 870 Shotgun Cal: 12 SN: 787581X
- Winchester 97 Shotgun Cal: 12 SN: 809212
- Harrington and Richardson Bay State Shotgun Cal: Unknown SN: B3041
- Explosive: Low Explosives; Qty: 1.2 lb; Alliant Powder, 2400 smokeless handgun powder
- Any associated ammunition and accessories.

3. The United States has full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 20th day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court